UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| BILLY W. LOCKE,<br><br>Plaintiff,<br><br>v.<br><br>DEWAYNE THOMIS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No.: 3:26-CV-278-TAV-JEM |

**<u>ORDER</u>**

This civil matter is before the Court on a Report and Recommendation ("R&R") entered by United States Magistrate Judge Jill E. McCook on October 19, 2026 [Doc. 15]. In the R&R, Judge McCook granted plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs [*see* Doc. 7] but given his status as an inmate in the Polk County Jail, assessed him the civil filing fee of $350.00 [Doc. 15, pp. 1, 7]. After screening the complaint, Judge McCook recommended that the Court dismiss plaintiff's complaint on grounds of judicial immunity and, to the extent that plaintiff raises state-law claims, lack of subject-matter jurisdiction [*Id.* at 4–6; *see* Doc. 9]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(d), 72(b).

After a careful review of the matter, the Court agrees with the magistrate judge's recommendation. Therefore, the Court **ACCEPTS** and **ADOPTS** the R&R in whole [Doc. 15]. Accordingly, it is hereby **ORDERED** that plaintiff's case is **DISMISSED**,

and the Clerk of Court is **DIRECTED** to **CLOSE** this case. A separate judgment order will follow.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE